UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No. 2:16-cv-0399-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. TOBIAS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. On June 15, 2016, the magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and dismissed it with leave to amend. ECF No. 10. Now pending is plaintiff's motion for reconsideration of the screening order. ECF No. 13.

    "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J v. AC and S, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Further, Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion." E.D. Cal., Local Rule 230(j)(3)-(4).

1    Here, the magistrate judge's screening order, which dismissed the complaint with leave to
2 amend, was neither clearly erroneous nor manifestly unjust. There are no other grounds
3 warranting reconsideration of the screening order.
4    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
5 No. 13) is denied.

7 Dated: July 18, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE